IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Maningding, Daisylyn V

Printed: 02/24/09

Case Number: 06 B 08342
Judge: Goldgar, A. Benjamin
Filed: 7/13/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 18, 2008
Confirmed: October 17, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 18,027.12 |  |
| Secured: |  | 11,736.45 |
| Unsecured: |  | 0.00 |
| Priority: |  | 1,295.48 |
| Administrative: |  | 2,624.00 |
| Trustee Fee: |  | 917.39 |
| Other Funds: |  | 1,453.80 |
| Totals: | 18,027.12 | 18,027.12 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | David M Siegel | Administrative | 2,624.00 | 2,624.00 |
| 2. | Honda Finance Services | Secured | 21,604.80 | 11,736.45 |
| 3. | Internal Revenue Service | Priority | 3,759.50 | 1,061.82 |
| 4. | Illinois Dept of Revenue | Priority | 827.36 | 233.66 |
| 5. | Fifth Third Bank | Unsecured | 5,280.37 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 85.17 | 0.00 |
| 7. | Chase Bank | Unsecured | 332.09 | 0.00 |
| 8. | Capital One | Unsecured | 511.48 | 0.00 |
| 9. | Verizon Wireless | Unsecured | 16.59 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 217.79 | 0.00 |
| 11. | Honda Finance Services | Unsecured | 24.10 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 59.68 | 0.00 |
| 13. | Capital One | Unsecured | 440.22 | 0.00 |
| 14. | Discover Financial Services | Unsecured | 968.33 | 0.00 |
| 15. | Gap | Unsecured | 6.76 | 0.00 |
| 16. | Internal Revenue Service | Unsecured | 22.08 | 0.00 |
| 17. | Countrywide Home Loans Inc. | Secured |  | No Claim Filed |
| 18. | CB USA | Unsecured |  | No Claim Filed |
| 19. | Chase | Unsecured |  | No Claim Filed |
| 20. | Skin & Hair Clinic | Unsecured |  | No Claim Filed |
| 21. | AT&T Credi Corp. | Unsecured |  | No Claim Filed |
|  |  |  | $ 36,780.32 | $ 15,655.93 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Maningding, Daisylyn V

Printed: 02/24/09

Case Number:  06 B 08342
Judge:  Goldgar, A. Benjamin
Filed:  7/13/06

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5% | 43.62 |
| 4.8% | 181.43 |
| 5.4% | 408.26 |
| 6.5% | 245.70 |
| 6.6% | 38.38 |
|  | $ 917.39 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

